IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| The United States of America | ) | |
| | ) | Criminal No. 4:06-cr-00211-TLW |
| vs. | ) | |
| | ) | |
| Thomas D. Kruger, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

As part of the sentence in this action, the Court required the Defendant to make restitution in the amount of $129,500.00 to two of the victims in this case, Nicholas Ciccarello and his wife, Dorothy Ciccarello. Doc. #68 at 5. The Court has now been informed that Nicholas Ciccarello has passed away. For this reason, the Clerk is authorized to disperse all restitution payments to Dorothy Ciccarello from the date of Nicholas Ciccarello's death forward.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

October 16, 2014
Columbia, South Carolina

1